David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Marcus W. Kline*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Marcus W. Kline, | ) Case No. 2:16-cv-01310-APG-GWF |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |
| BANK OF AMERICA, NATIONAL ASSOCIATION; NATIONSTAR MORTGAGE, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC, | ) |
| Defendants. | ) |

Plaintiff Marcus W. Kline and EQUIFAX INFORMATION SERVICES, LLC hereby stipulate and agree that the above-entitled action shall be dismissed

…

…

…

…

…

Page **1** of **2**

with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, <u>EQUIFAX INFORMATION SERVICES, LLC</u>**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: September 27, 2016

By:

<u>/s/David H. Krieger, Esq.</u>
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

<u>/s/ Bradley T. Austin, Esq.</u>
Bradley T. Austin, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169

*Attorney for Defendant Equifax Information Services, LLC*

## <u>ORDER</u>

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: September 28, 2016