David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Marcus W. Kline*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Marcus W. Kline, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION; NATIONSTAR MORTGAGE, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC, <br><br> Defendants. | Case No. 2:16-cv-01310-APG-GWF <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO BANK OF AMERICA, NATIONAL ASSOCIATION ONLY** |

 Plaintiff Marcus W. Kline and BANK OF AMERICA, NATIONAL ASSOCIATION hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, BANK OF AMERICA, NATIONAL ASSOCIATION**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: December 16, 2016

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Rex D. Garner, Esq.<br>Rex D. Garner, Esq.<br>Akerman LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>*Attorney for Defendant BANK OF AMERICA, NATIONAL ASSOCIATION* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: December 19, 2016